

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable George W. Cox
State Health Officer
Austin, Texas

Dear Sir:

Opinion No. O-4196
Re: Money received from Federal
Works Administration may be
deposited in State Treasury
under assigned docket number
and disbursed by warrant
drawn upon requisition.

Your request for an opinion reads:

"Reference is here made to former correspond-
ence in regard to the above numbered docket. A
Federal allotment of $135,105.00 has been made and
accepted. Plans, Specifications and contract docu-
ments have been prepared and approved by the Federal
Works Administration; advertisement for bids have
been made in accordance with law; a contract has
been entered into, and all other things required
to be done by law and by the rules and regulations
of the Federal Works Administration have been com-
plied with.

"A Requisition has been filed with the Federal
Works Agency for an advancement of the grant in the
amount of $33,750.00. We are expecting to receive
a Federal warrant for this money within a short
time.

"Sub-Section 10 of Section 2, General Provi-
sions, Senate Bill No. 423, the Departmental Appro-
priation Bill, 47th Legislature, 1941, reads as
follows:

"'United States Funds and Aid. The proper of-
ficer or officers of any State Departments, bureaus,
or divisions of State agencies are hereby authorized
to make application for and accept any gifts, grants,

or allotments or funds from the United States
Government to be used on State cooperative and
other Federal projects and programs in Texas, in-
cluding construction of public buildings, repairs,
and improvements. Any of such Federal funds as
may be deposited in the State Treasury are hereby
appropriated to the specific purpose authorized
by the Federal Government, and subject to the
limitation placed on this Act.'

"The rules and regulations of the Federal
Works Administration require Federal funds to be
kept in a separate account marked 'Construction
Fund for Docket Texas 41-257'. We have already
conferred with the officials of the Austin Na-
tional Bank, Austin, Texas, and have secured a
statement from the Vice-President that he will
receive and disburse these Federal funds in ac-
cordance with the requirements.

"A portion of the funds for the above num-
bered docket were appropriated by the 47th Legis-
lature, and of course, these funds are in the
State Treasury, and we would prefer to deposit
the Federal funds in the State Treasury in order
to have all funds in one place.

"We shall ask you to advise us whether Fed-
eral funds placed in the State Treasury can be
designated in accordance with the rules and regu-
lations of the Federal Works Administration, and
whether they can be drawn out on checks or war-
rants signed by a representative of the Owner
(the State of Texas) on proper presentation of
estimates, vouchers and requisitions.

". . . ."

It is our opinion that the State Treasurer is au-
thorized to accept and you to deposit the funds granted by
the Federal Works Administration and that the same may be
carried by the Treasurer under the docket number assigned

by the Federal Works Administration and that the same can be drawn out from time to time by warrant upon proper requisition.

Yours very truly

ATTORNEY GENERAL OF TEXAS

APPROVED MAR 28, 1942

FIRST ASSISTANT
ATTORNEY GENERAL

By Lloyd Armstrong
Lloyd Armstrong
Assistant

LA:mp

